UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 JAN 17 AM 11: 31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

DIEGO REYES, ET. AL.

    Plaintiffs,

        v.                                             Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

        v.                                             Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

| MOTION | ORDER |
|---|---|
| Docket #29 - NOTICE OF PARTIAL VOLUNTARY DISMISSAL | Granted |

Date: _January 16_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge