UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

DIEGO REYES ET. AL.,

    Plaintiffs

v.                                    Civ. No. 98-1857(PG)

BACARDI CORPORATION,

    Defendant

HECTOR L. RODRIGUEZ, ET. AL.

    Plaintiffs

v.                                    Civ. No. 99-1116(PG)

BACARDI CORPORATION

    Defendant

## PARTIAL JUDGMENT

Having granted a joint motion for partial voluntary dismissal, it is hereby **ORDERED and ADJUDGED** that the claims brought by co-plaintiffs Juan La Santa, Carlos M. Soto, Benjamin Santiago, Gina Suarez, Santiago Diaz, Wilfredo Rivera, Filiberto Pacheco, Cesar Virella be **DISMISSED with prejudice.**

San Juan, Puerto Rico, January *16*, 2001.

                                                    JUAN M. PEREZ-GIMENEZ
                                                  U. S. District Judge

AO 72A
(Rev.8/82)