UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.

    Plaintiffs,

        v.                                Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

        v.                                Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

| MOTION | ORDER |
|---|---|
| Docket #33 - Notice of Partial Voluntary Dismissal. | **GRANTED.** |
| Docket #34 - Settlement Agreement. | **APPROVED.** |

Date: _____April____ _4_, 2001.

                                                        JUAN M. PEREZ-GIMENEZ
                                                        U.S. District Judge

