UNITED STATES DISTRICT COURT FOR
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| DIEGO REYES ET. AL., <br> Plaintiffs, | * <br> * <br> * | |
| v. | * | Civ. No. 98-1857(PG) |
| BACARDI CORPORATION, <br> Defendant. | * <br> * <br> * | |
| HECTOR L. RODRIGUEZ, ET. AL. <br> Plaintiffs, | * <br> * <br> * | |
| v. | * | Civ. No. 99-1116(PG) |
| BACARDI CORPORATION <br> Defendant. | * <br> * <br> * | |

## P A R T I A L   J U D G M E N T

On this same date the Court has entered an order granting motion for partial voluntary dismissal and approving "Settlement Statement", Docket No. 34, filed by the parties on March 28, 2001, WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that said settlement be and is hereby binding between the parties.  FURTHER, it is

**ORDERED and ADJUDGED** that said settlement be and is hereby made part of this judgment as though set forth *in extenso*.  FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING with prejudice** all claims brought by co-plaintiff Ignacio Rojas against Bacardí Corporation.



AO 72A
(Rev. 8/82)

Civ. No. 98-1857(PG)  
Civ. No. 99-1116(PG)

Page 2

**IT IS SO ORDERED.**

San Juan, Puerto Rico, _April 4_, 2001.

JUAN M. PEREZ-GIMENEZ  
U. S. District Judge

AO 72A  
(Rev. 8/82)