# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**             Date:   July 20, 2001

| | |
|---|---|
| CONGRESO DE UNIONES INDUSTRIALES DE PR, et al | |
| Plaintiffs | |
| vs. | Civil 98-1857 (PG) |
| BACARDI CORPORATION | Civil 99-1116 (PG) |
| Defendant | |

By Order of the Court a status conference in the above captioned consolidated cases, is hereby set for **Wednesday, August 1, 2001,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Nicolas Delgado
       Pedro Manzano