UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.

    Plaintiffs,

        v.                                                     Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

---

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

        v.                                                       Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

| MOTION | ORDER |
|---|---|
| Docket #39 - Settlement Agreement (co-plaintiff George Gordon). | Approved. |
| Docket #40 - Settlement Agreement (co-plaintiff Héctor Cabrera). | Approved. |

Date: _____July_____ __19__, 2001.

                                                                 JUAN M. PEREZ-GIMENEZ
                                                                  U.S. District Judge