UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.

    Plaintiffs,

        v.                          Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

        v.                          Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

| MOTION | ORDER |
|---|---|
| Docket #41 - Notice of Partial Voluntary Dismissal (co-plaintiff Carmelo Marrero). | Noted. |
| Docket #42 - Settlement Agreement (co-plaintiff Carmelo Marrero). | Approved. |

Date: _____July 30___, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge