UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| DIEGO REYES, ET. AL.<br>    Plaintiffs, | * | |
| v. | * | Civil No. 98-1857(PG) |
| BACARDI CORPORATION.<br>    Defendant. | * | |
| HECTOR L. RODRIGUEZ, ET. Al.<br>    Plaintiffs, | * | |
| v. | * | Civil No. 99-1116(PG) |
| BACARDI CORPORATION.<br>    Defendant. | * | |

# P A R T I A L   J U D G M E N T

On this same date the Court has entered and Order approving co-plaintiffs Héctor Cabrera and George Gordon's Settlement Agreements with defendant Bacardí Corporation (Dockets. #39 and #40) filed on July 5, 2001. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth *in extenso*. FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the stipulation.

**IT IS SO ORDERED.**

San Juan Puerto Rico, _____July____ 30, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)