UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| DIEGO REYES, ET. AL. | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. 98-1857(PG) |
| | * | |
| BACARDI CORPORATION. | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| HECTOR L. RODRIGUEZ, ET. Al. | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. 99-1116(PG) |
| | * | |
| BACARDI CORPORATION. | * | |
| Defendant. | * | |

## P A R T I A L    J U D G M E N T

On this same date the Court has entered and Order approving co-plaintiff Carmelo Marrero's Settlement Agreement  with defendant Bacardí Corporation (Docket. No. 42) filed on July 16, 2001. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties.  FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth *in extenso*.  FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the stipulation.

**IT IS SO ORDERED.**

San Juan Puerto Rico, ____July____ __30__ , 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge