UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 AUG 29 PM 1:56
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

DIEGO REYES, ET. AL.

    Plaintiffs,

    v.    Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

    v.    Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

| MOTION | ORDER |
|---|---|
| Docket #51 - Settlement Agreement. | **Approved.** |
| Docket #52 - Settlement Agreement. | **Approved.** |
| Docket #53 - Notice of Partial Voluntary Dismissal. | **Noted.** |

Date: _____August 28_____, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge