UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 AUG 29 PM 1:58
CLERK'S OFFICE
U.S.DISTRICT COURT
SAN JUAN, P R

| | |
|---|---|
| DIEGO REYES, ET. AL.<br>    Plaintiffs,<br><br>v.<br><br>BACARDI CORPORATION.<br>    Defendant. | Civil No. 98-1857(PG) |
| HECTOR L. RODRIGUEZ, ET. Al.<br>    Plaintiffs,<br><br>v.<br><br>BACARDI CORPORATION.<br>    Defendant. | Civil No. 99-1116(PG) |

## P A R T I A L   J U D G M E N T

On this same date the Court has entered and Order approving co-plaintiff José Rosario-Meléndez's Settlement Agreement with defendant Bacardí Corporation (Docket. No. 52) filed on August 21, 2001. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth *in extenso*. FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the stipulation.




AO 72A
(Rev.8/82)

Civil No. 98-1597(PG)  Page 2
Civil No. 99-1116(PG)

**IT IS SO ORDERED.**

San Juan Puerto Rico, _August 28_, 2001.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)