RECEIVED & FILED
'01 AUG 29 PM 2:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| DIEGO REYES, ET. AL. | * | |
|     Plaintiffs, | * | |
| | * | |
|     v. | * | Civil No. 98-1857(PG) |
| | * | |
| BACARDI CORPORATION. | * | |
|     Defendant. | * | |

| | | |
|---|---|---|
| HECTOR L. RODRIGUEZ, ET. Al. | * | |
|     Plaintiffs, | * | |
| | * | |
|     v. | * | Civil No. 99-1116(PG) |
| | * | |
| BACARDI CORPORATION. | * | |
|     Defendant. | * | |

# P A R T I A L   J U D G M E N T

On this same date the Court has entered and Order approving co-plaintiff Pedro Serrano's Settlement Agreement with defendant Bacardí Corporation (Docket. No. 51) filed on August 21, 2001. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth *in extenso*. FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the stipulation.

AO 72A
(Rev.8/82)

Civil No. 98-1597(PG)                                                               Page 2
Civil No. 99-1116(PG)

**IT IS SO ORDERED.**

San Juan Puerto Rico, ____August____ _28_, 2001.

                                                    JUAN M. PEREZ-GIMENEZ
                                                    U.S. District Judge

AO 72A
(Rev.8/82)