UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.

    Plaintiffs,

       v.                    Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

       v.                    Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

RECEIVED & FILED
'01 SEP -4 PM 1: 39
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket #49 - Settlement Agreement. | **Approved.** |
| Docket #50 - Notice Of Partial Voluntary Dismissal. | **Noted.** |

Date: _____August_____ 30 , 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge