UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 SEP -4 PM 1:39
CLERK'S OFFICE
U S. DISTRICT COURT
SAN JUAN, PR

| | | |
|---|---|---|
| DIEGO REYES, ET. AL.<br>    Plaintiffs, | *<br>*<br>* | |
| v. | * | Civil No. 98-1857(PG) |
| BACARDI CORPORATION.<br>    Defendant. | *<br>*<br>* | |
| HECTOR L. RODRIGUEZ, ET. Al.<br>    Plaintiffs, | *<br>*<br>* | |
| v. | * | Civil No. 99-1116(PG) |
| BACARDI CORPORATION.<br>    Defendant. | *<br>*<br>* | |

### P A R T I A L   J U D G M E N T

On this same date the Court has entered and Order approving co-plaintiff Carlos Meléndez's Settlement Agreement with defendant Bacardí Corporation (Docket. No. 49) filed on August 8, 2001. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth *in extenso*. FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the stipulation.

(2)



AO 72A
(Rev.8/82)

Civil No. 98-1597(PG)                                                                 Page 2
Civil No. 99-1116(PG)

**IT IS SO ORDERED.**

San Juan Puerto Rico, *August 30* _____, 2001.

                                          JUAN M. PEREZ-GIMENEZ
                                          U.S. District Judge