UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.

    Plaintiffs,

        v.                                  Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

        v.                                  Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

| MOTION | ORDER |
|---|---|
| Docket #59 - Settlement Agreement. | **Approved.** |
| Docket #60 - Notice of Partial Voluntary Dismissal. | **Noted.** |
| Docket #61 - Settlement Agreement. | **Approved.** |
| Docket #62 - Notice of Partial Voluntary Dismissal. | **Noted.** |

Date: _____September 15_____, 2001.

                                            JUAN M. PEREZ-GIMENEZ
                                            U.S. District Judge

