UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| DIEGO REYES, ET. AL.<br>    Plaintiffs,<br><br>        v.<br><br>BACARDI CORPORATION.<br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>* | Civil No. 98-1857(PG) |
| HECTOR L. RODRIGUEZ, ET. Al.<br>    Plaintiffs,<br><br><br>BACARDI CORPORATION.<br>    Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>* | Civil No. 99-1116(PG) |

# P A R T I A L   J U D G M E N T

On this same date the Court has entered and Order approving co-plaintiff David Piña's Settlement Agreement with defendant Bacardí Corporation (Docket. No. 59) filed on September 5, 2001. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that said stipulation be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation be and is hereby made part of this judgment as though set forth *in extenso*. FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the stipulation.

IT IS SO ORDERED.

San Juan Puerto Rico, _September 15_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

