UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 OCT 11 AM 11: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN. P R

DIEGO REYES, ET. AL.

    Plaintiffs,

    v.    Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

    v.    Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

| MOTION | ORDER |
|---|---|
| Docket #68 - Notice Of Partial Voluntary Dismissal. | **APPROVED.** |

Date: _October 10_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge