UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'01 OCT 11 AM 11: 25
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

DIEGO REYES, ET. AL.
    Plaintiffs,

v.

BACARDI CORPORATION.
    Defendant.

Civil No. 98-1857(PG)

HECTOR L. RODRIGUEZ, ET. Al.
    Plaintiffs,

Civil No. 99-1116(PG)

BACARDI CORPORATION.
    Defendant.

# PARTIAL JUDGMENT

On this same date the Court has entered and Order approving co-plaintiff Héctor Santiago and defendant Bacardí Corporation's "Notice of Partial Voluntary Dismissal" (Docket No. 68) filed on September 28, 2001. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment is hereby entered **DISMISSING with prejudice** all claims raised by co-plaintiff Héctor Santiago against Bacardí Corporation. Each party will bear their own costs, expenses and fees.

**IT IS SO ORDERED.**

San Juan Puerto Rico, _October 10_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge