UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.

    Plaintiffs,

    v.                            Civil No. 98-1857(PG)

BACARDI CORPORATION.

    Defendant.

HECTOR L. RODRIGUEZ, ET. Al.

    Plaintiffs,

    v.                            Civil No. 99-1116(PG)

BACARDI CORPORATION.

    Defendant

| MOTION | ORDER |
|---|---|
| Docket #66 - Motion For Filing Confidential Settlement Agreement Under Seal. | **GRANTED.** |

Date: _October 31_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge