UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED

'02 FEB 13  AM 10: 40

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DIEGO REYES, ET. AL.
    Plaintiffs,

      v.               Civil No. 98-1857(PG)

BACARDI CORPORATION.
    Defendant.

HECTOR L. RODRIGUEZ, ET. AL.
    Plaintiffs,

      v.               Civil No. 99-1116(PG)

BACARDI CORPORATION.
    Defendant

| MOTION | ORDER |
|---|---|
| Docket # 72 - SETTLEMENT AGREEMENT. | **GRANTED.** |
| Docket # 73 - SETTLEMENT AGREEMENT. | **GRANTED.** |
| Docket # 74 - NOTICE OF PARTIAL VOLUNTARY DISMISSAL. | **GRANTED.** |
| Docket # 75 - NOTICE OF PARTIAL VOLUNTARY DISMISSAL. | **GRANTED.** |

Date: _____February_____ _12_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge