UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED

'02 FEB 13  AM 10: 48

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

DIEGO REYES, ET. AL.                 *
        Plaintiffs,                  *
                                     *
        v.                           *            Civil No. 98-1857(PG)
                                     *
BACARDI CORPORATION.                 *
        Defendant.                   *
_____
HECTOR L. RODRIGUEZ, ET. Al.         *
        Plaintiffs,                  *
                                     *
                           *                      Civil No. 99-1116(PG)
                                     *
BACARDI CORPORATION.                 *
        Defendant.                   *
_____

# P A R T I A L   J U D G M E N T

On this same date the Court has entered an Order approving co-plaintiff Aníbal López-Vélez and defendant Bacardí Corporation's "Notice of Partial Voluntary Dismissal" (Docket No. 74) filed on February 1, 2002. WHEREFORE, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered DISMISSING WITH PREJUDICE all claims raised by co-plaintiff Aníbal López-Vélez against Bacardí Corporation.

**IT IS SO ORDERED.**

San Juan Puerto Rico, _February 12_, 2002.

JUAN M. PEREZ-GIMENEZ
U/S. District Judge

(2)

(77)