UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

RECEIVED & FILED
'02 FEB 13 AM 11: 01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

| | |
|---|---|
| DIEGO REYES, ET. AL. * | |
|    Plaintiffs, * | |
| * | |
| v. * | Civil No. 98-1857(PG) |
| * | |
| BACARDI CORPORATION. * | |
|    Defendant. * | |
| HECTOR L. RODRIGUEZ, ET. Al. * | |
|    Plaintiffs, * | |
| * | |
| * | Civil No. 99-1116(PG) |
| * | |
| BACARDI CORPORATION. * | |
|    Defendant. * | |

**P A R T I A L   J U D G M E N T**

On this same date the Court has entered an Order approving co-plaintiff Ricardo Cordero Arocho and defendant Bacardí Corporation's "Notice of Partial Voluntary Dismissal" (Docket No. 75) filed on February 1, 2002. WHEREFORE, it is hereby

ORDERED and ADJUDGED that judgment is hereby entered DISMISSING WITH PREJUDICE all claims raised by co-plaintiff Ricardo Cordero Arocho against Bacardí Corporation.

**IT IS SO ORDERED.**

San Juan Puerto Rico, _February 12_, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge