UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET AL.,
    Plaintiffs,

v.                                           Civil No. 98-1857(PG)

BACARDI CORPORATION,
    Defendant.

==============================

HECTOR L. RODRIGUEZ, ET AL.,
    Plaintiffs,

v.                                           Civil No. 99-1116(PG)

BACARDI CORPORATION,
    Defendant,

| MOTION | ORDER |
| --- | --- |
| Docket # 79 - SETTLEMENT AGREEMENT | According to the Notice of Partial Voluntary Dismissal, the parties stipulated a voluntary dismissal with each party bearing its own costs, expenses, and fees (Docket No. 80). The Settlement Agreement, however, states that Defendant will pay four hundred dollars ($400) to Plaintiff's counsel as attorney's fees (Docket No. 79). In light of this contradiction between the two documents, the parties shall have ten days to clarify this point to the Court. |
| Docket # 80 - NOTICE OF PARTIAL VOLUNTARY DISMISSAL | |

Date: _____October 22_____, 2002.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge