UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.
    Plaintiffs,

       v.                      Civil No. 98-1857(PG)

BACARDI CORPORATION.
    Defendant.

HECTOR L. RODRIGUEZ, ET. AL.
    Plaintiffs,

       v.                      Civil No. 99-1116(PG)

BACARDI CORPORATION.
    Defendant

| MOTION | ORDER |
|---|---|
| Docket # 82 - NOTICE OF PARTIAL VOLUNTARY DISMISSAL | **GRANTED.** |
| Docket # 83 - SETTLEMENT AGREEMENT | **GRANTED.** |
| Docket # 84 - SETTLEMENT AGREEMENT. | **GRANTED.** |
| Docket # 85 - SETTLEMENT AGREEMENT | **GRANTED.** |

Date: _____March 31_____, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge