## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

```
DIEGO REYES, ET AL.,            *
     Plaintiffs,                *
                                *
     v.                         *   Civ. No. 98-1857(PG)
                                *
BACARDI CORPORATION,,           *
     Defendant.                 *
                                *
*********************************
                                *
HECTOR RODRIGUEZ, ET AL.,       *
     Plaintiffs                 *
                                *
     v.                         *
                                *
BACARDI CORPORATION,            *
     Defendant.                 *
                                *
*********************************
```



### PARTIAL JUDGMENT

The Court having accepted the "Stipulation for Voluntary Dismissal" and "Settlement Agreements" between the Defendant and Plaintiffs Diego Reyes, Wilfredo Suárez, and Hector Rojas, it is

**ORDERED and ADJUDGED** that said stipulation and agreement be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said stipulation and agreement be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is




Civ. No. 98-1857(PG) 2.

**ORDERED and ADJUDGED** that the claims by Plaintiffs Diego Reyes, Wilfredo Suárez, and Hector Rojas be and is hereby **DISMISSED WITH PREJUDICE** as to all defendants, but the Court will retain jurisdiction until the terms and conditions of the settlement agreement are implemented and fully complied with.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, _____ March 31, 2003.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge