UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
03 JUL 16 AM 8:33
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DIEGO REYES, ET AL.,
    Plaintiffs,

v.   Civil No. 98-1857(PG)

BACARDI CORPORATION,
    Defendant.

==============================

HECTOR L. RODRIGUEZ, ET AL.,
    Plaintiffs,

v.   Civil No. 99-1116(PG)

BACARDI CORPORATION,
    Defendant,

| MOTION | ORDER |
|---|---|
| Docket # 81 - ORDER | On October 24, 2002, the Court ordered Defendant to clarify and resubmit dockets # 79 and 80. Despite repeated assurances from the Defendant, to this day the Court has received no response. Defendant is granted a final term of ten days to comply with Docket # 81. |

This case has been active since 1998 for various reasons, including consolidation with other cases, an appeal, and the number of Plaintiffs involved. Moreover, the Court has been very flexible in providing the parties a flexible schedule to negotiate a settlement. At present, however, the case is dragging and all indications are that the settlement negotiations are not progressing. The remaining Plaintiffs are thus granted a **FINAL TERM** of 15 days to reach a settlement. Upon the expiration of this 15-day term Defendant will have

fifteen additional days to submit a motion summary judgment. If the parties fail to comply with these orders and deadlines, the Court will immediately proceed with trial.

Date: _____July_____ _14_, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge