UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.
    Plaintiffs,

       v.                               Civil No. 98-1857(PG)

BACARDI CORPORATION.
    Defendant.

HECTOR L. RODRIGUEZ, ET. AL.
    Plaintiffs,

       v.                               Civil No. 99-1116(PG)

BACARDI CORPORATION.
    Defendant

| MOTION | ORDER |
|---|---|
| Dockets # 79 & 80 | On October 22, 2002, the Court ordered the parties to clarify and resubmit Dockets # 79 and 80. (Docket # 81). Defendant complied with the Court's Order, explaining that the documents had been submitted to Plaintiffs' counsel but had not been returned. (Docket # 90). Plaintiffs are yet to comply with the Court's orders. Plaintiffs are thus granted ten calendar days to comply with Docket # 81. |

Date: _____ July 31, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge