UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.
    Plaintiffs,

        v.                      Civil No. 98-1857(PG)

BACARDI CORPORATION.
    Defendant.

HECTOR L. RODRIGUEZ, ET. AL.
    Plaintiffs,

        v.                      Civil No. 99-1116(PG)

BACARDI CORPORATION.
    Defendant

| MOTION | ORDER |
|---|---|
| Dockets # 94 - MOTION REQUESTING THIRTY DAYS TO FILE CERTIFIED TRANSLATIONS | **GRANTED.** |

Date: _September 23_, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge