UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'03 SEP 26 PM 12: 16
CLERK'S OFFICE
US DISTRICT COURT
SAN JUAN P.R.

DIEGO REYES, ET. AL.
    Plaintiffs,

       v.                        Civil No. 98-1857(PG)

BACARDI CORPORATION.
    Defendant.

HECTOR L. RODRIGUEZ, ET. AL.
    Plaintiffs,

       v.                        Civil No. 99-1116(PG)

BACARDI CORPORATION.
    Defendant

| MOTION | ORDER |
|---|---|
| Dockets # 92 - REQUEST FOR BRIEF EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT | **GRANTED.** |

Date: _September 24_, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge