UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIEGO REYES, ET. AL.
    Plaintiffs,

        v.                            Civil No. 98-1857(PG)

BACARDI CORPORATION.
    Defendant.

HECTOR L. RODRIGUEZ, ET. AL.
    Plaintiffs,

        v.                            Civil No. 99-1116(PG)

BACARDI CORPORATION.
    Defendant

### ORDER

These cases are referred to Magistrate Judge Gustavo A. Gelpí for Report and Recommendation. Plaintiffs have not responded to any of the Court's orders entered since July 16, 2003. Neither have Plaintiffs responded to Defendant's Motion for Summary Judgment, therefore the motions for Summary Judgments are to be considered unopposed.

Date: _____October  15__, 2003.

                                                          JUAN M. PEREZ-GIMENEZ
                                                          U.S. District Judge