**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

03 DEC 17 AM 8:39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DIEGO REYES, ET. AL.
    Plaintiffs,

       v.

BACARDI CORPORATION.
    Defendant.

Civil No. 98-1857(PG)

| MOTION | ORDER |
|---|---|
| Docket # 99 - Report and Recommendation. | Upon review of the Magistrate Judge's Report and Recommendation, this Court **ADOPTS** said recommendation and hereby **GRANTS** Defendant's Motion for Partial Summary Judgment as to the following plaintiffs: Ramon Soto, Juan C. Ortiz, Carmelo Cameron, Raul Rivera, Florentino Rivera, Felix Colon, Raul Calderon, Hector L. Rodriguez, Ramon Gines, Luis A. Rodriguez, Ivelisse Martinez, Maria D. Morales, Erik Figueroa, Manuel O. Figueroa, Alfredo Lopez, Nelson Candelario, Maranat Alicea, and Nelson Jusino. WHEREFORE, Plaintiff's complaint is **DISMISSED**. |

Date: _____ December 16 _, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

