IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
03 DEC 17 AM 8:39

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

DIEGO REYES, ET AL.,
    Plaintiffs,

v.                    Civil No. 98-1857(PG)

BACARDI CORPORATION
    Defendant.

## JUDGMENT

Having adopted the Magistrate Judge's Report and Recommendation, and having granted Defendant's Motion for Partial Summary Judgment it is hereby

**ORDERED AND ADJUDGED** that this case be dismissed with prejudice.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, _December 16_, 2003.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

